**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOSE AGUSTO,

                                    Plaintiff,

         v.                                                  3:19-cv-00604-MMD-CLB

MGM RESORTS,                                        **ORDER**

                                    Defendant.

## I.      DISCUSSION

Plaintiff, who is an inmate in the custody of the Nevada Department of Corrections, has submitted a *pro se* civil rights complaint under 42 U.S.C. § 1983. (ECF No. 1-1). Additionally, Plaintiff has submitted an incomplete application to proceed *in forma pauperis*. (ECF No. 1).

Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate. The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is resolved. Plaintiff will be granted an opportunity to file a complete application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this action. If Plaintiff fails to submit a fully complete application to proceed *in forma pauperis*, or pay the full filing fee, the court will recommend that this action be dismissed.

## II.     CONCLUSION

For the foregoing reasons, **IT IS ORDERED** that the Clerk of the Court **SHALL SEND** Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

**IT IS FURTHER ORDERED** that within **thirty (30) days** from the date of this order,

Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

**IT IS FURTHER ORDERED** that if Plaintiff does not timely comply with this order, the court will enter a report and recommendation to dismiss this action.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall retain the complaint (ECF No. 1-1), but shall not file it at this time.

**DATED:** November 21, 2019.

_____
**UNITED STATES MAGISTRATE JUDGE**

- 2 -