AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

JOSE AGUSTO,

                 Plaintiff,

v.

MGM RESORTS,

                 Defendants..

                                                  JUDGMENT IN A CIVIL CASE

                                              Case No. 3:19-cv-00604-MMD-CLB

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_**   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

          **IT IS ORDERED AND ADJUDGED** that the Complaint is dismissed with prejudice as to the § 1983 claims and without prejudice as to the state law claims.

CLERK OF COURT

Date: _____    January 10, 2020

_____

*Signature of Clerk or Deputy Clerk*